# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK PIZZELLA, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>        v.<br><br>SUSQUEHANNA NUCLEAR LLC,<br><br>    Defendant. | NO. 3:17-CV-01752<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this  16th  day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 23) filed by Defendant Susquehanna Nuclear LLC is **DENIED**.

(2) This matter remains on the December 2019 Trial List.

                                                          /s/ A. Richard Caputo
                                                          A. Richard Caputo
                                                          United States District Judge